EASTERN DIST.
*March*, 1832.

MOONEY
*vs.*
HOOPER.

*Appeals may be taken from all final judgments, so they may from interlocutory decrees when the latter have a direct tendency to produce an irreparable injury to the appellant.*

*A delay in bringing the cause to a final decision, ought not to be viewed in any other light than an ordinary incident in the case, and cannot change the situation of the parties from their original position.*

---

## MOONEY *vs.* HOOPER.

APPEAL FROM THE COURT OF THE THIRD DISTRICT, THE JUDGE OF THE EIGHTH PRESIDING.

If a cause be continued on the day fixed for trial, no further proceedings can be had in it during that term, unless notice be given to the party.

Judgment of non-suit irregularly obtained, will be set aside.

The facts are fully stated in the opinion of the court, delivered by *Porter J.*

EASTERN DIST.
*March*, 1832.

MOONEY
*vs.*
HOOPER.

This case was put at issue at the November term, in the year 1830: On the eighth of April, 1831, we find the following entry on record. "On motion of James M. Bradford for the plaintiff, and filing affidavit, ordered that commissions issue to take the testimony of the witnesses therein contained, and the cause continued." This order appears to be made on the day, on which the cause had been previously set for trial, viz: the eighth.

On the next day, the order was set aside, and this entry made: "On motion of L. Saunders for the defendant, ordered, that the continuance be set aside, and the cause set for trial the fourteenth instant."

The cause was not tried on the fourteenth, but on the nineteenth, the plaintiff and his counsel being repeatedly called by the sheriff, to come into court and prosecute the suit, and failing to do so, judgment was given for defendant, as in case of non-suit.

After the cause was continued on the day it was set for trial, we are of opinion, no further proceedings could be had in it, during that term, unless notice was given to the plaintiff or his attorney. It does not appear, the continuance was set aside, after hearing both parties, but on the motion of one of them, at a time his adversary was not in court, nor required to be there. The judgment of non-suit growing out of this irregularity, must be set aside.

*If a cause be continued on the day fixed for trial, no further proceedings can be had in it during that term, unless notice be given to the party.*

*Judgment of non-suit irregularly obtained will be set aside.*

It is, therefore ordered, adjudged and decreed, that the judgment rendered in this case, be annulled, avoided and reversed; and it is further ordered, adjudged and decreed, that the case be remanded, to be proceeded in according to law, the appellee paying the costs of the appeal.